IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

|  |  |
|---|---|
| THOMAS CARRINGTON, | No. |
| Plaintiff, | **4:04-CV-00616** |
| v. |  |
| CITY OF DES MOINES, | NOTICE OF REMOVAL |
| Defendant. |  |

COMES NOW Defendant City of Des Moines and for its Notice of Removal states as follows:

1.   Attached is an Original Notice, Petition at Law and Jury Demand. The Petition at Law and Jury Demand was filed in the Iowa District Court for Polk County on or about October 5, 2004, wherein Thomas Carrington is the plaintiff and the City of Des Moines is defendant.

2.   The Defendant accepted service of the Petition at Law and Jury Demand on October 13, 2004 and answered the Petition on November 2, 2004. A copy of the Acceptance of Service and the Answer are attached.

3.   The Petition at Law purports to allege claims pursuant to 42 U.S.C. § 2000e et seq., 42 U.S.C. § 1981 and 42 U.S.C. § 1983, which give this Court original jurisdiction pursuant to 28 U.S.C. § 1331 and the action may be removed to this Court pursuant to 28 U.S.C. § 1441.

4.   This Notice is filed with the Court within thirty (30) days after acceptance of service of the Original Notice in the above action.

WHEREFORE, Defendant City of Des Moines prays that the Court remove the attached Petition from the Iowa District Court for Polk County to the United States District Court.

Respectfully submitted,

*Steven C. Lussier*

Steven C. Lussier
Assistant City Attorney
City Hall -- 400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: (515) 283-4157
Fax: (515) 237-1748
ATTORNEY FOR DEFENDANT

Original filed.
Copy to:

Thomas A. Newkirk
5501 NW 86th Street, Suite 100
Johnston, IA 50131

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 11/10/04

By:
- ☒ U.S. Mail
- ☐ Hand Delivered
- ☐ Federal Express
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature *Steven C. Lussier*

2