IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS CARRINGTON, | Civil No.  4:04 CV 00616 |
| Plaintiff, | |
| v | |
| CITY OF DES MOINES, | PLAINTIFF'S NOTICE OF APPEAL |
| Defendant. | |

NOTICE is hereby given that plaintiff, Thomas Carrington, hereby appeals to the

United States Court of Appeals for the Eighth Circuit from the District Court's Order

granting defendant's Motion for Summary Judgment in this action on the 23rd day of

February, 2006.

Dated: March 17, 2006.


FIEDLER & NEWKIRK, P.L.C.


*/s/ Thomas Newkirk*
Thomas Newkirk PK1015132
tnewkirk@fiedlertownsend.com
5501 NW 86th Street, Suite 100
Johnston, Iowa  50131
Telephone:  (515) 254-1999
Fax:  (515) 254-9923
ATTORNEYS FOR PLAINTIFF

Copy to:

Steven C. Lussier
Assistant City Attorney
400 Robert D. Ray Drive, City Hall
Des Moines, Iowa  50309-1891
ATTORNEY FOR DEFENDANT

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 17, 2006, by:

| | |
|---|---|
| _____ U.S. Mail | _____ Hand Delivery |
| _____ Fax | _____ Overnight |
| __X__ Email | _____ Other |

Signature: ___/s/Fiedler & Newkirk_____