# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-1801

Thomas Carrington,

Appellant

v.

City of Des Moines, IOWA,

Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:04-cv-00616-TJS)
_____

**MANDATE**

In accordance with the opinion and judgment of 04/06/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 04, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit